## (April 23, 1981)

■ In the Matter of WILLIAM Fox, Appellant, v ROBERT McGUIRE, as Police Commissioner of the City of New York, et al., Respondents. — Judgment, Supreme Court, New York County, entered on September 9, 1980, unanimously affirmed for reasons stated by Shainswit, J., at Special Term, without costs and without disbursements. Concur — Murphy, P. J., Kupferman, Birns, Markewich and Silverman, JJ.